UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at PIKEVILLE

Civil Action No. 19-74

**GORDON BOLLING,**                                                                                       **PLAINTIFF,**

v.

**JUDGMENT**

**ANDREW SAUL,**
**COMMISSIONER OF SOCIAL SECURITY,**                                        **DEFENDANT.**

    In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.    the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
    B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
    C.    this action is **STRICKEN** from the active docket of the Court.

November 4, 2020.



Signed By:
_Henry R Wilhoit Jr._
**United States District Judge**